IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| CARRON GRUBB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Commissioner of the Social Security Administration,<br><br>　　　　Defendant. | Civil No. 6:23-CV-00654-JR<br><br><br>ORDER FOR ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(D) |

After consideration of Plaintiff's Unopposed Motion, it is hereby ordered that attorney fees in the amount of $5,381.64 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the fees shall be payable to Dellert Baird Law Offices, PLLC, electronically or by check.

IT IS SO ORDERED.

DATED this 11th day of September, 2024.

　　　　　　　　　　　　　　　　　　/s/ Jolie A. Russo
　　　　　　　　　　　　　　　　　　Jolie A. Russo
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

Page 1　　ORDER
　　　　　[6:23-CV-654-JR]

Presented by:

Jeffrey H. Baird
Dellert Baird Law Offices, PLLC
2825 NE Brazee St
Portland, OR   97212
Telephone:  (206) 518-8163
FAX:  (360) 824-9371
jeffreyhbaird@comcast.net