IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| CARRON GRUBB, | Civil No. 6:23-CV-00654-JR |
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY FEES |
| Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

After considering counsel's motion and supporting documents, it is hereby ORDERED that attorney's fees in the amount of $8,718.36 be awarded to Jeffrey Baird, to be paid from Plaintiff's past-due benefits pursuant to 42 U.S.C. § 406(b). This amount contemplates the previously awarded EAJA fee ($5,381.64), so no further offset shall be applied.

IT IS SO ORDERED.

DATED this 29th day of April, 2025.

    /s/ Jolie A. Russo
Jolie A. Russo
U.S. Magistrate Judge

Page 1    ORDER
           [6:23-CV-654-JR]

Presented by:

Jeffrey H. Baird
Dellert Baird Law Offices, PLLC
6525 California Ave SW #101
Seattle, WA  98136
Telephone:  (206) 518-8163
FAX:  (360) 824-9371
jeffreyhbaird@comcast.net